# GROUP EXHIBIT A
# TO COMPLAINT

# COMMERCIAL INVOICE

| | |
|---|---|
| Shipper / Exporter:<br>SHANDONG NEWSTAR AERO HYDRAULICS MACHINERY CO.,LTD<br>#9 GUANGZHOU ROAD, ECONOMIC &TECHNOLOGIC DEVELOPMENT DISTRICT YANTAI,<br>SHANDONG, CHINA 264006<br>TEL:86-535-2169996<br>FAX:86-535-2169997 | No. & date of invoice:<br>NSM2022-090   06/06/2022 |
| | No. and date of L/C: |
| | Remarks:<br><br>FOB<br><br>MADE IN CHINA |
| For Account and Risk of Messers:<br>DELAVAN AG PUMPS<br>1226 LINDEN AVE, SUITE 123<br>MINNEAPOLIS, MN 55403<br>TEL: 612-313-7896<br>FAX: 612-333-3231 | |
| Notify party :<br>Overseas Container Logistics<br>1499 Selkirk Avenue<br>Winnipeg, Manitoba, Canada R2X 0E4<br>Phone Number 204.227.1169<br>Contact Person: Tracy Sillen<br>Email: tracys@oclog.ca | Port of loading:<br>QINGDAO, CHINA |
| | Final Destination:<br>MINNEAPOLIS, MN |

| Shipping marks | Goods description | Quantity | Amount |
|---|---|---|---|
| N/M | HYDRAULIC CYLINDER<br>HS CODE: 84122100 | 3530 pcs | US$130465.37 |

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL
## METAL CRATES AND NO WOOD CRATES.

****************

PO:P8177/P8187

# PACKING        LIST

| Shipper / Exporter:<br>SHANDONG NEWSTAR AERO HYDRAULICS MACHINERY CO.,LTD<br>#9 GUANGZHOU ROAD, ECONOMIC &TECHNOLOGIC DEVELOPMENT DISTRICT YANTAI,<br>SHANDONG, CHINA 264006<br>TEL:86-535-2169996<br>FAX:86-535-2169997 | No. & date of invoice:<br>NSM2022-090   06/06/2022 |
|---|---|
| | No. and date of L/C: |
| | Remarks:<br><br>FOB<br><br>MADE IN CHINA |
| For Account and Risk of Messer's:<br>DELAVAN AG PUMPS<br>1226 LINDEN AVE, SUITE 123<br>MINNEAPOLIS, MN 55403<br>TEL: 612-313-7896<br>FAX: 612-333-3231 | |
| Notify party :<br>Overseas Container Logistics<br>1499 Selkirk Avenue<br>Winnipeg, Manitoba, Canada R2X 0E4<br>Phone Number 204.227.1169<br>Contact Person: Tracy Sillen<br>Email: tracys@oclog.ca | Port of loading:<br>QINGDAO, CHINA |
| | Final Destination:<br>MINNEAPOLIS, MN |

| Shipping marks | Goods description | Quantity | Net weight | Gross weight |
|---|---|---|---|---|
| N/M | HYDRAULIC CYLINDER<br>HS CODE: 84122100 | 3530 pcs | 12844kgs | 13088kgs |

MADE IN CHINA
PACKING: IN 7 CASES ONLY.
MEASUREMENT: 10.8 CBM
THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL
## METAL CRATES AND NO WOOD CRATES.
*******************



# COMMERCIAL INVOICE

| | |
|---|---|
| **Shipper / Exporter:**<br>SHANDONG NEWSTAR AERO HYDRAULICS MACHINERY CO.,LTD<br>#9 GUANGZHOU ROAD, ECONOMIC &TECHNOLOGIC DEVELOPMENT DISTRICT YANTAI,<br>SHANDONG, CHINA 264006<br>TEL:86-535-2169996<br>FAX:86-535-2169997 | **No. & date of invoice:**<br>NSM2022-101   07/05/2022 |
| | **No. and date of L/C:** |
| **For Account and Risk of Messers:**<br>DELAVAN AG PUMPS<br>1226 LINDEN AVE, SUITE 123<br>MINNEAPOLIS, MN 55403<br>TEL: 612-313-7896<br>FAX: 612-333-3231 | **Remarks:**<br><br>FOB<br><br>MADE IN CHINA |
| **Notify party :**<br>Overseas Container Logistics<br>1499 Selkirk Avenue<br>Winnipeg, Manitoba, Canada R2X 0E4<br>Phone Number 204.227.1169<br>Contact Person: Tracy Sillen<br>Email: tracys@oclog.ca | **Port of loading:**<br>QINGDAO, CHINA |
| | **Final Destination:**<br>MINNEAPOLIS, MN |

| Shipping marks | Goods description | Quantity | Amount |
|---|---|---|---|
| N/M | HYDRAULIC CYLINDER<br>HS CODE: 84122100 | 4606 pcs | US$165825.44 |

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL
## METAL CRATES AND NO WOOD CRATES.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PO:P8178/P8255/P8266

# PACKING     LIST

| Shipper / Exporter:<br>SHANDONG NEWSTAR AERO HYDRAULICS MACHINERY CO.,LTD<br>#9 GUANGZHOU ROAD, ECONOMIC &TECHNOLOGIC DEVELOPMENT DISTRICT YANTAI,<br>SHANDONG, CHINA 264006<br>TEL:86-535-2169996<br>FAX:86-535-2169997 | No. & date of invoice:<br>NSM2022-101   07/05/2022 |
|---|---|
| | No. and date of L/C: |
| **For Account and Risk of Messer's:**<br>DELAVAN AG PUMPS<br>1226 LINDEN AVE, SUITE 123<br>MINNEAPOLIS, MN 55403<br>TEL: 612-313-7896<br>FAX: 612-333-3231 | Remarks:<br><br>FOB<br><br>MADE IN CHINA |
| **Notify party :**<br>Overseas Container Logistics<br>1499 Selkirk Avenue<br>Winnipeg, Manitoba, Canada R2X 0E4<br>Phone Number 204.227.1169<br>Contact Person: Tracy Sillen<br>Email: tracys@oclog.ca | Port of loading:<br>QINGDAO, CHINA |
| | Final Destination:<br>MINNEAPOLIS, MN |

| Shipping marks | Goods description | Quantity | Net weight | Gross weight |
|---|---|---|---|---|
| N/M | HYDRAULIC CYLINDER<br>HS CODE: 84122100 | 4606 pcs | 16268kgs | 16644kgs |

MADE IN CHINA
PACKING: IN 10 CASES ONLY.
MEASUREMENT: 12.0 CBM
THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL
## METAL CRATES AND NO WOOD CRATES.
******************



# COMMERCIAL INVOICE

| | |
|---|---|
| Shipper / Exporter:<br>SHANDONG NEWSTAR AERO HYDRAULICS MACHINERY CO.,LTD<br>#9 GUANGZHOU ROAD, ECONOMIC &TECHNOLOGIC DEVELOPMENT DISTRICT YANTAI,<br>SHANDONG, CHINA 264006<br>TEL:86-535-2169996<br>FAX:86-535-2169997 | No. & date of invoice:<br>NSM2022-155   11/11/2022 |
| | No. and date of L/C: |
| | Remarks:<br><br>FOB<br><br>MADE IN CHINA |
| For Account and Risk of Messers:<br>DELAVAN AG PUMPS<br>1226 LINDEN AVE, SUITE 123<br>MINNEAPOLIS, MN 55403<br>TEL: 612-313-7896<br>FAX: 612-333-3231 | |
| Notify party :<br>Overseas Container Logistics<br>1499 Selkirk Avenue<br>Winnipeg, Manitoba, Canada R2X 0E4<br>Phone Number 204.227.1169<br>Contact Person: Tracy Sillen<br>Email: tracys@oclog.ca | Port of loading:<br>QINGDAO, CHINA |
| | Final Destination:<br>MINNEAPOLIS, MN |

| Shipping marks | Goods description | Quantity | Amount |
|---|---|---|---|
| N/M | HYDRAULIC CYLINDER<br>HS CODE: 84122100 | 20 pcs | US$864.00 |

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL
## METAL CRATES AND NO WOOD CRATES.

****************

PO:P8440



# PACKING        LIST

| | |
|---|---|
| Shipper / Exporter:<br>SHANDONG NEWSTAR AERO HYDRAULICS MACHINERY CO.,LTD<br>#9 GUANGZHOU ROAD, ECONOMIC &TECHNOLOGIC DEVELOPMENT DISTRICT YANTAI,<br>SHANDONG, CHINA 264006<br>TEL:86-535-2169996<br>FAX:86-535-2169997 | No. & date of invoice:<br>NSM2022-155   11/11/2022 |
| | No. and date of L/C: |
| | Remarks:<br><br>FOB<br><br>MADE IN CHINA |
| For Account and Risk of Messer's:<br>DELAVAN AG PUMPS<br>1226 LINDEN AVE, SUITE 123<br>MINNEAPOLIS, MN 55403<br>TEL: 612-313-7896<br>FAX: 612-333-3231 | |
| Notify party :<br>Overseas Container Logistics<br>1499 Selkirk Avenue<br>Winnipeg, Manitoba, Canada R2X 0E4<br>Phone Number 204.227.1169<br>Contact Person: Tracy Sillen<br>Email: tracys@oclog.ca | Port of loading:<br>QINGDAO, CHINA |
| | Final Destination:<br>MINNEAPOLIS, MN |

| Shipping marks | Goods description | Quantity | Net weight | Gross weight |
|---|---|---|---|---|
| N/M | HYDRAULIC CYLINDER<br>HS CODE: 84122100 | 20 pcs | 70kgs | 76kgs |

MADE IN CHINA
PACKING: IN 1 CASES ONLY.
MEASUREMENT: 0.12 CBM
THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL
## METAL CRATES AND NO WOOD CRATES.
*******************

# COMMERCIAL INVOICE

| | |
|---|---|
| Shipper / Exporter:<br>SHANDONG NEWSTAR AERO HYDRAULICS MACHINERY CO.,LTD<br>#9 GUANGZHOU ROAD, ECONOMIC &TECHNOLOGIC DEVELOPMENT DISTRICT YANTAI,<br>SHANDONG, CHINA 264006<br>TEL:86-535-2169996<br>FAX:86-535-2169997 | No. & date of invoice:<br>NSM2022-159   12/05/2022 |
| | No. and date of L/C: |
| | Remarks:<br><br>FOB<br><br>MADE IN CHINA |
| For Account and Risk of Messers:<br>DELAVAN AG PUMPS<br>1226 LINDEN AVE, SUITE 123<br>MINNEAPOLIS, MN 55403<br>TEL: 612-313-7896<br>FAX: 612-333-3231 | |
| Notify party :<br>Overseas Container Logistics<br>1499 Selkirk Avenue<br>Winnipeg, Manitoba, Canada R2X 0E4<br>Phone Number 204.227.1169<br>Contact Person: Tracy Sillen<br>Email: tracys@oclog.ca | Port of loading:<br>QINGDAO, CHINA |
| | Final Destination:<br>MINNEAPOLIS, MN |

| Shipping marks | Goods description | Quantity | Amount |
|---|---|---|---|
| N/M | HYDRAULIC CYLINDER<br>HS CODE: 84122100 | 5788 pcs | US$194926.73 |

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL
## METAL CRATES AND NO WOOD CRATES.

*****************

PO:P8440



# PACKING        LIST

| Shipper / Exporter: | No. & date of invoice: |
|---|---|
| SHANDONG NEWSTAR AERO HYDRAULICS MACHINERY CO.,LTD<br>#9 GUANGZHOU ROAD, ECONOMIC &TECHNOLOGIC DEVELOPMENT DISTRICT YANTAI,<br>SHANDONG, CHINA 264006<br>TEL:86-535-2169996<br>FAX:86-535-2169997 | NSM2022-159   12/05/2022 |
| | No. and date of L/C: |
| | Remarks:<br><br>FOB<br><br>MADE IN CHINA |
| For Account and Risk of Messer's:<br>DELAVAN AG PUMPS<br>1226 LINDEN AVE, SUITE 123<br>MINNEAPOLIS, MN 55403<br>TEL: 612-313-7896<br>FAX: 612-333-3231 | |
| Notify party :<br>Overseas Container Logistics<br>1499 Selkirk Avenue<br>Winnipeg, Manitoba, Canada R2X 0E4<br>Phone Number 204.227.1169<br>Contact Person: Tracy Sillen<br>Email: tracys@oclog.ca | Port of loading:<br>QINGDAO, CHINA |
| | Final Destination:<br>MINNEAPOLIS, MN |

| Shipping marks | Goods description | Quantity | Net weight | Gross weight |
|---|---|---|---|---|
| N/M | HYDRAULIC CYLINDER<br>HS CODE: 84122100 | 5788 pcs | 18811kgs | 19231kgs |

MADE IN CHINA
PACKING: IN 10 CASES ONLY.
MEASUREMENT: 12.0 CBM
THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL
## METAL CRATES AND NO WOOD CRATES.
******************

